UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LINDA MULA,<br><br>        Plaintiff,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION GROUP LIFE, MEDICAL, DENTAL DISABILITY BENEFIT TRUST,<br><br>        Defendants. | Case No. 1:10-CV-O1201-AWI-MJS<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

The above-referenced action shall be dismissed in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   December 17, 2010                                   _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE